UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOCKLEAR,

       Plaintiff,                    CIVIL ACTION NO. 11-12832

v.                             DISTRICT JUDGE BERNARD FRIEDMAN

                                    MAGISTRATE JUDGE MARK A. RANDON

VASCOR, LTD.,

       Defendants.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT

This matter is before the Court on Defendant's Motion to Strike Portions of Plaintiff's Second Amended Complaint. (Dkt. No. 24). Defendant argues that Plaintiff's Second Amended Complaint altered material facts and exceeds the limited scope of this Court's Order allowing Plaintiff to amend its Complaint. Plaintiff responded on July 24, 2012. (Dkt. No. 30). Defendant replied on August 1, 2012. (Dkt. No. 32). This Court held oral argument on August 7, 2012.

For the reasons stated on the record, Defendant's motion is **DENIED**; Plaintiff's Second Amended Complaint substantially complies with the Court's Order allowing Plaintiff to amend its Complaint.

      **IT IS ORDERED**.

                                                s/Mark A. Randon
                                                Mark A. Randon
                                                United States Magistrate Judge

Dated: August 23, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, August 23, 2012, by electronic and/or ordinary mail.*

                                               *s/Melody R. Miles*
                                               *Case Manager to Magistrate Judge Mark A. Randon*
                                               *(313) 234-5540*